# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ANASTASIA L. SEGER**
**f/k/a Lee R. Fielding**
**ADC # 88782**                                                                               **PLAINTIFF**

**V.**                              **CASE NO. 5:10CV00081 BSM/BD**

**LARRY NORRIS,** *et al.*                                                          **DEFENDANTS**

## ORDER

The court has received the recommended disposition from Magistrate Judge

Beth Deere and plaintiff Anastastia L. Seger's response.  After carefully reviewing the

recommended disposition, Seger's response, and reviewing the record  *de novo,* it is

concluded that the recommended disposition should be, and hereby is, approved and adopted

in all respects in its entirety.

Plaintiff's claims are DISMISSED WITH PREJUDICE.  Further, it is hereby certified

that this dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and an appeal

of this matter would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 11th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE