IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANASTASIA L. SEGER**
f/k/a Lee R. Fielding
**ADC # 88782**                                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 5:10CV00081 BSM/BD**

**LARRY NORRIS,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 11th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE